# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KYLE RASMUSSEN, an individual and assignee of Chrysler Café, Inc. and Wayne R. Sullivan,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL INDEMNITY GROUP, INC.,<br><br>Defendant. | Case No. 8:16CV92<br><br>ORDER |

This case came before the court for a telephonic R.16 planning conference. Ryan Sewell represented the plaintiff and Jerald Rauterkus represented the defendant. Progression of the case was discussed and will proceed as follows:

**IT IS ORDERED:**

1. The defendant shall file a motion for summary judgment on or before **July 15, 2016.**

2. Following resolution of the motion, the court will establish further progression deadlines as needed.

Dated this 24th day of June 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge